**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6337**

———————————

JULIAN CARR,

Petitioner - Appellant,

versus

A. D. ROBINSON, Warden,

Respondent - Appellee.

———————————

**No. 00-6667**

———————————

JULIAN CARR,

Petitioner - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS,

Respondent - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-00-68-AM, CA-99-1483-AM)

———————————

Submitted:  January 11, 2001          Decided:  January 17, 2001

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Julian Carr, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this consolidated appeal, Julian Carr seeks to appeal the district court's orders denying relief on his petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. <u>Carr v. Robinson</u>, Nos. CA-00-68-AM; CA-99-1483-AM (E.D. Va. Feb. 7, 2000; Apr. 19, 2000).* Carr's motion to consolidate is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

* Although the district court's orders were marked as "filed" on February 2, 2000, and April 18, 2000, respectively, the district court's records show that they were entered on the docket sheet on February 7, 2000, and April 18, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were entered on the docket sheet that we take as the effective date of the district court's decisions. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).